# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT

_____

**No. 15-1240**  September Term, 2015

FRA-79FR66460
FRA-2009-0033

Filed On: October 13, 2015 [1577795]

American Short Line and Regional Railroad
Association,

      Petitioner

    v.

Federal Railroad Administration and United
States Department of Transportation,

      Respondents

## O R D E R

Upon consideration of petitioner's unopposed motion to suspend the briefing schedule pending the outcome of settlement discussions, it is

**ORDERED** that the motion be granted, and this case is hereby held in abeyance pending further order of the court.

The partiesare directed to file status reports at 90-day intervals beginning January 11, 2016.

The parties are directed to file motions to govern future proceedings in this case within 30 days of the conclusion of settlement proceedings.

                                             **FOR THE COURT:**
                                             Mark J. Langer, Clerk

                         BY:    /s/
                                             Michael C. McGrail
                                             Deputy Clerk